UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
Texarkana    DIVISION

Mr. & Mrs. Corey Marnel Braxton

Nepheitiei Braxton

Husband-n-Wife OTR Team Drivers

Name of Plaintiff(s)

Case Number: 410.2022.05561
410.2022.05562

5:23 cv 18

vs

Quest Global Inc.

now known as KLLM

Transport, Inc. Services

Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
employment discrimination.  Jurisdiction is specifically conferred on the court by 42
U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..     Plaintiff, Nepheitiei Braxton Mr. & Mrs. Corey Marnel Braxton , is a citizen of the United States
                    (name of plaintiff)

and resides at  1615 S. Robison Rd.                    , Texarkana ,
                        (street address)                              (city)

Bowie           ,    Texas    ,    75501    ,    727.403.7762
(county)              (state)         (zip)         903.501.7093
                                                      (telephone)

3..    Defendant, Quest Global Inc. / KLLM, resides at, or its business is
(name of defendant)
located at  123 Riverside Dr. Cartersville, Ga.
134 Riverview Dr. Richland, Ms.                    ,
(street address)                                                    (city)

Bartow                        Ga.              30121          678·455·9323
Rankins            ,  Ms.    ,  39218      ,  800·925·1000
(county)                      (state)          (zip)            (telephone)

4.    Plaintiff sought employment from the defendant or was employed by the defendant

at  123 Riverside Dr.                    ,    Cartersville    ,
(street address)                                      (city)

Bartow                ,      Ga.            ,    30121      .
(county)                      (state)                (zip)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about    March, 11th 2022 & May 26th, 2022
(month, day, year)

6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about    May 26th, 2022    .
(month, day,  year)

7.    The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on    Nov. 26th, 2022 + Dec. 6·2022 + Feb. 15+h + 21st 2022
(month day, year)

8.  Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

    (4) _____ national origin,   defendant:

    a.  _____ failed to employ plaintiff.

    b.  X terminated plaintiff's employment.

    c.  _____ failed to promote plaintiff.

    d.  X Other Demotion, Discrimation
        Retaliation
        _____

9.  The circumstances under which the defendant discriminated against plaintiff were as follows:

    Stated on Charge Form for case #'s
    410.2022.05561 + 410.2022.05562
    for OTR Husband + Wife Team Drivers
    There also is a "Breach of Contract" and
    as listed on the Civil Cover Letter many
    Civil Rights Violations. Exhibits will be
    presented in trial for evidence of invoices
    for Breach of Contract + Civil Rights Violations
    and Equal Pay Act

10.    The acts set forth in paragraph 9 of this complaint:

    a.    _____    are still being committed by defendant.

    b.    _____    are no longer being committed by defendant.

    c.    _X_    defendant may still be committing the acts.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.    _____    Defendant be directed to employ plaintiff.

    b.    _____    Defendant be directed to re-employ plaintiff.

    c.    _____    Defendant be directed to promote plaintiff.

    d.    _X_    Defendant be directed to ___Tort Damages Punitive Tort with outrage for emotional distress___ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.


_____ Corey M. Braxton Nephrit Brach
           (Signature of Plaintiff)