IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| COREY MARNEL BRAXTON, ET AL.<br>Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | 5:23-CV-18-RWS-JBB |
| KLLM TRANSPORT SERVICES, INC.<br>formerly known as QUEST GLOBAL<br>INC., et al.<br>Defendants | §<br>§<br>§<br>§<br>§ | |

## ORDER

The above-captioned civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 17, 2023, the Magistrate Judge issued a Report and Recommendation, recommending Plaintiffs' above-entitled and numbered cause of action be dismissed without prejudice. Docket No. 12. No objections to the Report and Recommendation have been filed to date.[1] Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

The Court, having carefully reviewed the Report and Recommendation and finding no grounds of plain error or manifest injustice, adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. The Court agrees with the Magistrate Judge that Plaintiffs' above case should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and for failure to prosecute or to comply with an order of the Court. Accordingly, it is

---

[1] The tracking information for the certified mail shows Plaintiffs Corey Marnel Braxton and Nephritiri Braxton ("Plaintiffs") acknowledged receipt of the Report and Recommendation on August 21, 2023. *See* Docket No. 13.

**ORDERED** that Plaintiffs' above-captioned cause of action is **DISMISSED WITHOUT PREJUDICE.**

**So ORDERED and SIGNED this 18th day of September, 2023.**

                                          ROBERT W. SCHROEDER III
                                        UNITED STATES DISTRICT JUDGE